**United States Bankruptcy Court**
**District of Puerto Rico**

IN RE:                                                                                             Case No. _____

**ALICEA RAMOS, FREDDIE L** _____ Chapter **13**
                                Debtor(s)

## CHAPTER 13 PAYMENT PLAN

1. The future earnings of the Debtor(s) are submitted to the supervision and control of the Trustee and the Debtor(s) shall make payments to the Trustee ☑ directly ☐ by payroll deductions as hereinafter provided in the PAYMENT PLAN SCHEDULE.
2. The Trustee shall distribute the funds so received as hereinafter provided in the DISBURSEMENT SCHEDULE.

PLAN DATED: _____      ☐ AMENDED PLAN DATED: _____
       ☐ PRE ☐ POST-CONFIRMATION                 Filed by: ☐ Debtor ☐ Trustee ☐ Other

### I. PAYMENT PLAN SCHEDULE

$ **393.00** x **60** = $ **23,580.00**
$ _____ x _____ = $ _____
$ _____ x _____ = $ _____
$ _____ x _____ = $ _____
$ _____ x _____ = $ _____

                   TOTAL: $ **23,580.00**

Additional Payments:
$_____ to be paid as a LUMP SUM within _____ with proceeds to come from:

☐ Sale of Property identified as follows:
_____
_____

☐ Other:
_____
_____

Periodic Payments to be made other than, and in addition to the above:
$_____ x _____ = $ _____

         PROPOSED BASE: $ **23,580.00**

### III. ATTORNEY'S FEES
(Treated as § 507 Priorities)

Outstanding balance as per Rule 2016(b) Fee Disclosure Statement: $ **2,760.00**

Signed: **/s/ FREDDIE L ALICEA RAMOS**
            Debtor

_____
            Joint Debtor

### II. DISBURSEMENT SCHEDULE

A. ADEQUATE PROTECTION PAYMENTS OR ____ $ _____
B. SECURED CLAIMS:
☐ Debtor represents no secured claims.
☑ Creditors having secured claims will retain their liens and shall be paid as follows:
1. ☐ Trustee pays secured ARREARS:
Cr. _____   Cr. _____   Cr. _____
# _____   # _____   # _____
$ _____   $ _____   $ _____
2. ☑ Trustee pays IN FULL Secured Claims:
Cr. **POPULAR AUTO**   Cr. _____   Cr. _____
# **82200118392930001**   # _____   # _____
$ **11,436.00**   $ _____   $ _____
3. ☐ Trustee pays VALUE OF COLLATERAL:
Cr. _____   Cr. _____   Cr. _____
# _____   # _____   # _____
$ _____   $ _____   $ _____
4. ☐ Debtor SURRENDERS COLLATERAL to Lien Holder:
_____
5. ☐ Other:
_____
6. ☑ Debtor otherwise maintains regular payments directly to:
    **BANCO POPULAR     RELIABLE**
C. PRIORITIES: The Trustee shall pay priorities in accordance with the law. 11 U.S.C. § 507 and § 1322(a)(2)
D. UNSECURED CLAIMS: Plan ☐ Classifies ☑ Does not Classify Claims.
1. (a) Class A:   ☐ Co-debtor Claims / ☐ Other: _____
                 ☐ Paid 100% / ☐ Other: _____
Cr. _____   Cr. _____   Cr. _____
# _____   # _____   # _____
$ _____   $ _____   $ _____
2. Unsecured Claims otherwise receive PRO-RATA disbursements.

OTHER PROVISIONS: *(Executory contracts; payment of interest to unsecureds, etc.)*
**DEBTOR WILL PROVIDE AUTO INSRUANCE OF AUTO NISSA N T 50 2005 IN FAVOR OF POPULKR AUTO AFTER EXPRIARTION OF AUTO POLICY**
**DEBTOR CONSENT THE LIFT OF STAY OF AUTO NISSAN ARMADA 2005 IN FA VOR OF RELIABLE**

Attorney for Debtor **Carlos F. Garcia**☐☐☐☐☐☐#¬t☐˷²Û. Garcia _____ Phone: **(787) 864-4090**

CHAPTER 13 PAYMENT PLAN