**IN THE UNITED STATES BANKRUPTCY COURT**
**District of Puerto Rico**

| | |
|---|---|
| IN RE: <br><br> **FREDDIE L ALICEA RAMOS** <br><br> xxx–xx–8428 <br><br> Debtor(s) | Case No. **15–09114 EAG** <br><br> Chapter **13** <br><br> FILED & ENTERED ON 11/18/15 |

### ORDER TO SHOW CAUSE

The individual debtor(s) filed a bankruptcy petition under the Bankruptcy Code. Attached to the petition is Exhibit D – Individual Debtor's Statement of Compliance with Credit Counseling Requirement, disclosing that the credit counseling services were received and that a copy of the certificate was attached. However, the certificate was not attached.

In view of the foregoing, the debtor(s) shall show cause within fourteen (14) days why the case should not be dismissed for lack of eligibility to be a debtor pursuant to 11 U.S.C. §109(h)(1).

IT IS SO ORDERED.

In Ponce, Puerto Rico, this Wednesday, November 18, 2015 .

Edward A. Godoy
United States Bankruptcy Judge